

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE MATTER OF TROY S. POE TRUST, | § | No. 08-18-00074-CV |
| | § | Appeal from the |
| Appellant. | § | Probate Court No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 2016-CPR00308) |
| | § | |

**O R D E R**

The Court GRANTS the Appellee Troy S. Poe, named beneficiary of the Troy S. Poe Trust's second motion for extension of time within which to file the supplemental brief until **December 23, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE TROY S. POE, NAMED BENEFICIARY OF THE TROY S. POE TRUST'S SUPPLEMENTAL BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. S. Anthony Safi, the Appellee's attorney, prepare the Appellee's supplemental brief and forward the same to this Court on or before December 23, 2022.

IT IS SO ORDERED this 22nd day of November, 2022.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.